UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23828-CIV-LENARD/TURNOFF

**BURGER KING CORPORATION**,

        Plaintiff,

vs.

**DONALD M. CEPIEL**,

        Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 49) AND GRANTING PLAINTIFF'S SECOND MOTION FOR FINAL DEFAULT JUDGMENT (D.E. 40)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 49), issued on July 18, 2011. In his Report, Magistrate Judge Turnoff recommends that Plaintiff's Second Motion for Final Default Judgment, filed on February 24, 2011, should be granted. (Report at 6.) The Report finds that an award in the amount of $54,756.88, plus attorneys fees and costs in the amount of $31,163.00, for a total judgement of $85,919.88, is appropriate. (*Id.*) The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 49), issued on July 18, 2011, is **ADOPTED.**

2. Plaintiff's Second Motion for Final Default Judgment (D.E. 40), filed on February 24, 2011, is **GRANTED**.  A separate order of judgment shall follow.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**