UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23828-CIV-LENARD/TURNOFF

**BURGER KING CORPORATION**,

        Plaintiff,

vs.

**DONALD M. CEPIEL**,

        Defendants.
_____/

## FINAL JUDGEMENT

It is hereby **ORDERED AND ADJUDGED** that final default judgment is **GRANTED** in favor of Plaintiff Burger King Corporation against Defendant Donald M. Cepiel, 7 Shepherd's Needle, Wynantskill, NY 12198, in the amount of $85,919.88, **for which sum let execution issue**. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2011.

                                            _____
                                            **JOAN A. LENARD**
                                            **UNITED STATES DISTRICT JUDGE**